

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>             Plaintiff,  )<br>  )<br>       v.  )<br>  )<br>  )<br>LUIS ESQUIVEL (1),  )<br>PANFILO JIM ESQUIVEL (2),  )<br>JUAN CARLOS SOTO-MARISCALES (3),)<br>  )<br>             Defendants.  )<br>_____) | Criminal Case No. 08CR1218-DMS<br><br>I N F O R M A T I O N<br><br>Title 8, U.S.C.,<br>Secs. 1324(a)(1)(A)(ii) and<br>(v)(II) - Transportation of<br>Illegal Aliens and Aiding and<br>Abetting |

The United States Attorney charges:

On or about April 3, 2008, within the Southern District of California, defendants LUIS ESQUIVEL, PANFILO JIM ESQUIVEL and JUAN CARLOS SOTO-MARISCALES, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Abel Mendiola-Ramirez, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: 4/17/08.

KAREN P. HEWITT
United States Attorney

*for* DOUGLAS KEEHN
Assistant U.S. Attorney

WDK:psd:San Diego
4/14/08