1  Marc X. Carlos
   California SBN 132987
2  424 "F" Street, Suite A
   San Diego, CA 92101
3  Telephone: (619) 702-3226
   Facsimile:  (619) 702-5415
4
   Attorneys for Defendant
5  JUAN CARLOS SOTO-MARISCALES

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 08CR1218-DMS |
| Plaintiff, ) | |
| v. ) | **JOINT MOTION FOR CONTINUANCE OF SENTENCING HEARING** |
| JUAN CARLOS SOTO-MARISCALES, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED AND AGREED between the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Carlos Kantu, Assistant United States Attorney, and defendant JUAN CARLOS SOTO-MARISCALES, by and through his counsel, Marc X. Carlos, that the sentencing hearing for the above-named defendant currently scheduled for August 15, 2008 at 9:00 a.m. be continued to September 26, 2008 at 9:00 a.m. The reason for this request is that counsel was engaged in trial in United States v. Leonard Scaggs, (Case No. 06cr0206). Due to the preparation and time needed for trial counsel was unable to schedule a presentence interview.

08CR1218-DMS

1    Therefore, counsel requests that, under the circumstances, the court grant the motion to
2    continue.  Assistant United States Carlos Kantu has been notified of instant request and does not
3    object.

5    IT IS SO STIPULATED AND AGREED.

7
8    Date: 06/13/2008          S/Marc X. Carlos
                                MARC X. CARLOS
                                Attorney for
9                               JUAN CARLOS SOTO-MARISCALES

11   Date: 06/13/2008           S/Carlos Kantu
                                CARLOS KANTU
12                              Assistant U.S. Attorney