**CERTIFICATE OF SERVICE**

**U.S. v. Juan Carlos Soto-Mariscales**
**Case No. 08CR1218-DMS**

Counsel for Defendant Juan Carlos Soto-Mariscales hereby certifies that on this date copies of Defendant's Joint Motion for Continuance of Sentencing Hearing were served electronically upon the following attorneys:

AUSA, Carlos Kantu

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 13, 2008, at San Diego, California.

s/Marc X. Carlos
Marc X. Carlos