1  Marc X. Carlos
   California SBN 132987
2  424 "F" Street, Suite A
   San Diego, CA  92101
3  Telephone: (619) 702-3226
   Facsimile:  (619) 702-5415
4
   Attorneys for Defendant
5  JUAN CARLOS SOTO-MARISCALES

6

7
                   UNITED STATES DISTRICT COURT
8
                  SOUTHERN DISTRICT OF CALIFORNIA
9
                    (HONORABLE DANA M. SABRAW)
10

11

12
   UNITED STATES OF AMERICA,        )   CASE NO. 08CR1218-DMS
13                                   )
                Plaintiff,           )
14                                   )   JOINT MOTION FOR CONTINUANCE
        v.                           )   OF SENTENCING HEARING
15                                   )
                                     )   & ORDER
16  JUAN CARLOS SOTO-MARISCALES,     )
                                     )
17                                   )
                Defendant.           )
18  _____)

19

20      IT IS HEREBY STIPULATED AND AGREED between the plaintiff, UNITED STATES

21  OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Carlos

22  Kantu, Assistant United States Attorney, and defendant JUAN CARLOS SOTO-MARISCALES,

23  by and through his counsel, Marc X. Carlos, that the sentencing hearing for the above-named

24  defendant currently scheduled for August 15, 2008 at 9:00 a.m. be continued to September 26, 2008

25  at 9:00 a.m.  The reason for this request is that counsel was engaged in trial in <u>United States v.</u>

26  <u>Leonard Scaggs</u>, (Case No. 06cr0206). Due to the preparation and time needed for trial counsel was

27  unable to schedule a presentence interview.

28

                                                              08CR1218-DMS

1       Therefore, counsel requests that, under the circumstances, the court grant the motion to
2   continue. Assistant United States Carlos Kantu has been notified of instant request and does not
3   object.

5       IT IS SO STIPULATED AND AGREED.

Date: 06/13/2008        S/Marc X. Carlos
                        MARC X. CARLOS
                        Attorney for
                        JUAN CARLOS SOTO-MARISCALES

Date: 06/13/2008        S/Carlos Kantu
                        CARLOS KANTU
                        Assistant U.S. Attorney

IT IS SO ORDERED.
DATED 6-16-08

UNITED STATES DISTRICT JUDGE